IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN TOTH,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil No. **03-150-GPM** |
| ) | |
| **STEVEN BRYANT,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner Toth's May 5, 2005, letter to the Clerk of Court requesting the automatic referral of this case to the undersigned magistrate judge be terminated, which the Court construes as a motion. **(Doc. 19).** Petitioner is dissatisfied with the length of time his petition has been pending.

Pursuant to Local Rule 72.1(a)(2), and as permitted under 28 U.S.C. § 636(b), the above-captioned petition for writ of habeas corpus was automatically referred to this Court for issuance of a Report and Recommendation. Petitions for writ of habeas corpus are referred to magistrate judges because the magistrate judges' dockets in this district are not quite as clogged as the dockets of the district judges. Put more simply, the petition will be decided quicker if it remains on the docket of a magistrate judge, which is what petitioner appears to desire. In fact, this Court has just issued its Report and Recommendation, which terminates the referral. In accordance with 28 U.S.C. § 636(b)(1), petitioner has an opportunity to file a written objection to the Report and Recommendation– final ruling on the petition is left to Chief Judge Murphy."

**IT IS THEREFORE ORDERED** that petitioner's motion to terminate the automatic referral of this case to the undersigned magistrate judge **(Doc. 19)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: May 20, 2005**

                 **s/ Clifford J. Proud**
                 **CLIFFORD J. PROUD**
                 **U. S. MAGISTRATE JUDGE**