IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN TOTH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 03-150-GPM |
| | ) |
| STEVEN BRYANT, | ) |
| | ) |
| Respondent. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on the Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied. Judgment is entered in favor of Defendant, **STEVEN BRYANT**, and against Plaintiff, **JOHN TOTH**, and this action is dismissed **with prejudice.**

**DATED**: 02/13/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
    Deputy Clerk

APPROVED: s/ G. Patrick Murphy
           G. PATRICK MURPHY
           CHIEF U.S. DISTRICT JUDGE